[Nos. 14431–6–I; 16818–5–I. Division One. January 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. HARVEY
LYNN BEAGLE II, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 83–1–02552–1, George T. Mattson, J., entered
February 9, 1984. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Ringold, A.C.J., and Webster,
J.

[No. 16358–2–I. Division One. January 21, 1987.]

DENNIS CARLSON, *Respondent,* v. CHRIS WALTERS,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80–2–03065–3, Paul D. Hansen, J.,
entered March 26, 1985. *Affirmed* by unpublished opinion
per Noe, J. Pro Tem., concurred in by Durham and Revelle,
JJ. Pro Tem.

[No. 15970–4–I. Division One. January 21, 1987.]

WILLIAM Z. SZABO, ET AL, *Respondents,* v. DEAN
M. WALSH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for What-
com County, No. 84–2–00973–6, Marshall Forrest, J.,
entered January 18, 1985. *Affirmed* by unpublished opinion
per Britt, J. Pro Tem., concurred in by Cole and Durham,
JJ. Pro Tem.